UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL AUSTIN,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>    Defendants. | Case No. 16-cv-06121-HSG<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Re: Dkt. No. 24 |

Plaintiff Jamal Austin and Defendants County of Alameda, Glenn Tafolla, and Frank Gonzalez entered into a stipulation dismissing the above-captioned action. *See* Dkt. No. 24. In Plaintiff's accompanying letter, signed on June 1, 2017, he not only indicates his assent to the stipulation, but also to the Court dismissing the case with prejudice in its discretion. Accordingly, the above-captioned action is hereby dismissed with prejudice in its entirety and without fees or costs to any party. The clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: 6/21/2017

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge